1  MICHAEL J. REED (SBN 122324)
   mreed10202@aol.com
2  ATTORNEY AT LAW
   60 Creek Tree Lane
3  Alamo, CA  94507
   Telephone:  (925) 743-8353
4  Facsimile:  (734) 468-6168

5  Attorney for Plaintiff
   SONYA ALFORD
6

7  KRISTIN L. OLIVEIRA (SBN 204384)
   koliveira@hkemploymentlaw.com
8  HIRSCHFELD KRAEMER LLP
   505 Montgomery Street 13th Floor
9  San Francisco, CA  94111
   Telephone:  (415) 835-9000
10 Facsimile:  (415) 834-0443

11 Attorneys for Defendant
   AMERICAN RED CROSS NORTHERN
12 CALIFORNIA BLOOD SERVICES REGION
   (erroneously sued as AMERICAN RED CROSS
13 BLOOD SERVICES)

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | SONYA ALFORD, | Case No. C 13-01499 WHA |
   |---|---|
18 | Plaintiff, | **JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR;** |
19 | vs. | **[PROPOSED] ORDER** |
20 | AMERICAN RED CROSS BLOOD SERVICES, a business entity form unknown and DOES 1-50, | **Complaint Filed:**  March 4, 2013 |
21 | | |
22 | Defendant. | |

23

24 TO THE COURT:

25      Plaintiff SONYA ALFORD ("Plaintiff") and Defendant AMERICAN RED CROSS

26 NORTHERN CALIFORNIA BLOOD SERVICES REGION (erroneously sued as AMERICAN

27 RED CROSS BLOOD SERVICES) ("Defendant"), by and through their respective counsel of

28

record, herein agree and stipulate as follows:

**RECITALS**

1. On May 28, 2013, the parties agreed to participate in court-sponsored Alternative Dispute Resolution (ADR), specifically mediation. (ECF Document 12)

2. In an Order dated June 21, 2013, the Court referred the parties to ADR. (ECF Document 15) The parties requested a continuance of the ADR deadline to October 15, 2013 in their Stipulation (ECF Document 12), but the Court did not issue an Order with respect to this request.

3. According to ADR Local Rule 3-6, the parties must complete ADR by September 19, 2013. ADR statements are due 10 days before an ADR session. Assuming the mediation was scheduled for the current deadline of September 19, 2013, the latest an ADR statement would be due is September 9, 2013.

4. Defendant will take Plaintiff's deposition on September 12, 2013, which was the first available date for the parties and counsel following the exchange of written discovery. Defendant anticipates that Plaintiff's testimony will impact Defendant's ADR statement and its position at the mediation.

5. Accordingly, the parties respectfully request a continuance of the ADR deadline to October 15, 2013 to give Defendant sufficient time to take essential discovery before participating in mediation.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant hereby agrees and stipulates as follows, subject to Court approval, that the deadline for the parties to complete ADR set for September 19, 2013 be continued to **October 15, 2013**.

IT IS SO STIPULATED:

Dated: August 20, 2013                                          MICHAEL J. REED

By: /s/ Michael J. Reed
      Michael J. Reed
Attorney for Plaintiff
SONYA ALFORD

Dated: August 20, 2013                                          HIRSCHFELD KRAEMER LLP

By: /s/ Kristin L. Oliveira
      Kristin L. Oliveira
Attorneys for Defendant
AMERICAN RED CROSS NORTHERN
CALIFORNIA BLOOD SERVICES REGION

JOINT STIP TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER; CASE NO. C 13-01499 WHA        4852-5564-0341

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline to complete Alternative Dispute Resolution is continued from September 19, 2013 to **October 15, 2013**.

Dated: September 3, 2013.    By: _____
William Alsup
Judge of the United States District Court

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER; CASE NO. C 13-01499 WHA

4852-5564-0341