1   MICHAEL J. REED (SBN 122324)
    mreed10202@aol.com
2   ATTORNEY AT LAW
    60 Creek Tree Lane
3   Alamo, CA  94507
    Telephone:  (925) 743-8353
4   Facsimile:  (734) 468-6168

5   Attorney for Plaintiff
    SONYA ALFORD
6

7   KRISTIN L. OLIVEIRA (SBN 204384)
    koliveira@hkemploymentlaw.com
8   HIRSCHFELD KRAEMER LLP
    505 Montgomery Street 13th Floor
9   San Francisco, CA  94111
    Telephone:  (415) 835-9000
10  Facsimile:  (415) 834-0443

11  Attorneys for Defendant
    AMERICAN RED CROSS NORTHERN
12  CALIFORNIA BLOOD SERVICES REGION
    (erroneously sued as AMERICAN RED CROSS
13  BLOOD SERVICES)

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16

17  SONYA ALFORD,                          Case No. C 13-01499 WHA

18           Plaintiff,                    **JOINT STIPULATION TO CONTINUE
                                           DEADLINE TO COMPLETE ADR;
19  vs.                                    [PROPOSED] ORDER**

20  AMERICAN RED CROSS BLOOD               **Complaint Filed:**  March 4, 2013
    SERVICES, a business entity form
21  unknown and DOES 1-50,

22           Defendant.

23

24  TO THE COURT:

25      Plaintiff SONYA ALFORD ("Plaintiff") and Defendant AMERICAN RED CROSS

26  NORTHERN CALIFORNIA BLOOD SERVICES REGION (erroneously sued as AMERICAN

27  RED CROSS BLOOD SERVICES) ("Defendant"), by and through their respective counsel of

28

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 | record, herein agree and stipulate as follows:

2 | **RECITALS**

3 |    1.    On May 28, 2013, the parties agreed to participate in court-sponsored Alternative

4 | Dispute Resolution (ADR), specifically mediation.  (ECF Document 12)

5 |    2.    In an Order dated June 21, 2013, the Court referred the parties to ADR.  (ECF

6 | Document 15)  The parties requested a continuance of the ADR deadline to October 15, 2013 in

7 | their Stipulation (ECF Document 12), but the Court did not issue an Order with respect to this

8 | request.

9 |    3.    According to ADR Local Rule 3-6, the parties must complete ADR by September

10 | 19, 2013.  ADR statements are due 10 days before an ADR session.   Assuming the mediation

11 | was scheduled for the current deadline of September 19, 2013, the latest an ADR statement would

12 | be due is September 9, 2013.

13 |    4.    Defendant will take Plaintiff's deposition on September 12, 2013, which was the

14 | first available date for the parties and counsel following the exchange of written discovery.

15 | Defendant anticipates that Plaintiff's testimony will impact Defendant's ADR statement and its

16 | position at the mediation.

17 |    5.    Accordingly, the parties respectfully request a continuance of the ADR deadline to

18 | October 15, 2013 to give Defendant sufficient time to take essential discovery before

19 | participating in mediation.

20 | **STIPULATION**

21 | NOW, THEREFORE, Plaintiff and Defendant hereby agrees and stipulates as follows,

22 | subject to Court approval, that the deadline for the parties to complete ADR set for September 19,

23 | 2013 be continued to **October 15, 2013**.

24 | IT IS SO STIPULATED:

25 |
26 |
27 |
28 |

2

HIRSCHFELD KRAEMER LLP ATTORNEYS AT LAW SAN FRANCISCO

1    Dated: August 20, 2013                                MICHAEL J. REED

2

3                                              By: /s/ Michael J. Reed
                                                        Michael J. Reed
4                                              Attorney for Plaintiff
                                               SONYA ALFORD
5

6
     Dated: August 20, 2013                           HIRSCHFELD KRAEMER LLP
7

8
                                               By: /s/ Kristin L. Oliveira
9                                                       Kristin L. Oliveira
                                               Attorneys for Defendant
10                                             AMERICAN RED CROSS NORTHERN
                                               CALIFORNIA BLOOD SERVICES REGION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           3

JOINT STIP TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER; CASE NO. C 13-01499 WHA                           4852-5564-0341

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**[PROPOSED] ORDER**

2

3        Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline to complete

4    Alternative Dispute Resolution is continued from September 19, 2013 to **October 15, 2013**.

5

6
     Dated: September 3, 2013.                    By: 

7                                                      William Alsup
                                                    Judge of the United States District Court
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JOINT STIP TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER; CASE NO. C 13-01499 WHA                        4852-5564-0341

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO