MICHAEL J. REED (SBN 122324)
mreed10202@aol.com
ATTORNEY AT LAW
60 Creek Tree Lane
Alamo, CA  94507
Telephone:  (925) 743-8353
Facsimile:  (734) 468-6168

Attorney for Plaintiff
SONYA ALFORD

KRISTIN L. OLIVEIRA (SBN 204384)
koliveira@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
AMERICAN RED CROSS NORTHERN
CALIFORNIA BLOOD SERVICES REGION
(erroneously sued as AMERICAN RED CROSS
BLOOD SERVICES)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA ALFORD,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICAN RED CROSS BLOOD SERVICES, a business entity form unknown and DOES 1-50,<br><br>          Defendant. | Case No. C 13-01499 WHA<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO COMPLETE ADR; [PROPOSED] ORDER**<br><br>**Complaint Filed:**  March 4, 2013 |

TO THE COURT:

      Plaintiff SONYA ALFORD ("Plaintiff") and Defendant AMERICAN RED CROSS NORTHERN CALIFORNIA BLOOD SERVICES REGION (erroneously sued as AMERICAN RED CROSS BLOOD SERVICES) ("Defendant") (collectively "the parties"), by and through

their respective counsel of record, herein agree and stipulate as follows:

**RECITALS**

1. On May 28, 2013, the parties agreed to participate in court-sponsored Alternative Dispute Resolution (ADR), specifically mediation. (ECF Document 12)

2. In an Order dated June 21, 2013, the court referred the parties to ADR. (ECF Document 15)

3. The parties requested an approximate one-month continuance of the ADR deadline to October 15, 2013 (ECF Document 18).

4. The court granted the parties' request on September 4, 2013 and the current deadline to complete ADR is October 15, 2013. (ECF Document 19)

5. The parties are presently scheduled to attend mediation with the court-assigned mediator, Patricia Kenney, of the United States Attorney's Office, on Friday, October 11, 2013.

6. On October 4, 2013, Ms. Kenney advised the parties that the mediation cannot proceed as scheduled on October 11, 2013 if the federal government shutdown continues. If the federal government shutdown ends on October 10, 2013, the parties will attend the mediation as scheduled.

7. In consideration of the possibility that the federal government shutdown will continue and thus Ms. Kenney will not be able to mediate this matter, the parties respectfully request a conditional extension of time to continue the ADR deadline to November 27, 2013. Such a continuance will allow the parties and mediator to reschedule the mediation to a date that is agreeable to all.

**STIPULATION**

NOW, THEREFORE, Plaintiff and Defendant hereby agrees and stipulates as follows, subject to court approval, that the deadline for the parties to complete ADR set for October 15, 2013 be continued to **November 27, 2013**.

IT IS SO STIPULATED:

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Dated: October 8, 2013                                          MICHAEL J. REED

By: /s/ *Permission to e-file given 10/8/13*
          Michael J. Reed
Attorney for Plaintiff
SONYA ALFORD

Dated: October 8, 2013                                          HIRSCHFELD KRAEMER LLP

By: */s/ Kristin L. Oliveira*
          Kristin L. Oliveira
Attorneys for Defendant
AMERICAN RED CROSS NORTHERN
CALIFORNIA BLOOD SERVICES REGION

3

JOINT STIP TO CONTINUE DEADLINE TO COMPLETE ADR;
[PROPOSED] ORDER; CASE NO. C 13-01499 WHA

4815-5271-5798

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Joint Stipulation, it is so ordered that the deadline to complete Alternative Dispute Resolution is now **November 27, 2013**.

Dated: October __16__, 2013          By: _____
                                              William Alsup
                                      Judge of the United States District Court